# UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

HAYS MEDICAL CENTER, et al.

                Plaintiffs,

v.

SYLVIA MATHEWS BURWELL,
Secretary
*In Her Official Capacity as Secretary of
Health and Human Services*,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 15-9893-JTM

        IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed August 31, 2017, that the plaintiffs' Motion for Summary Judgment (Dkt. 19) is DENIED.

        IT IS FURTHER ORDERED that the Secretary's motion for summary judgment (Dkt. 22) is GRANTED.

TIMOTHY M. O'BRIEN, Clerk of Court

August 31, 2017
Date

By    s/ J. Roach
             Deputy Clerk